HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
JAMILA FRANCISCO
Law Student Extern
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
CHRIS TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr. S. 2:17-cr-0208 KJM |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION |
| v. | Chief Judge Hon. Kimberly J. Mueller |
| CHRIS TURNER, | |
| Defendant. | |

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges Mr. Turner for the reasons set forth in the Defendant's Unopposed Motion for Early Termination of Supervised Release (ECF No. 6).

DATED: July 28, 2022.

CHIEF UNITED STATES DISTRICT JUDGE